# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL ANGELO LENA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, *et. al.*,<br><br>　　　　Defendants. | Case No. 1:16-CV-01036-LJO-SKO<br><br>ORDER TO SHOW CAUSE; RESPONSE DUE JANUARY 3, 2017 |
|---|---|

On October 25, 2016, the Court issued a screening order regarding Plaintiff's civil rights complaint, ordering Plaintiff either to file within thirty days an amended complaint curing the deficiencies identified by the Court in its order or notifying the Court that he would proceed on the two cognizable claims in his original complaint. ECF No. 8. The Court further notified Plaintiff that his failure to comply with this order would result in the Court dismissing this action for failure to obey a court order and failure to state a claim. *Id.*

Over two weeks have elapsed since the deadline for Plaintiff to file his response to the Court's order. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE IN WRITING**, on or before January 3, 2017, why the Court should not dismiss this action for failure to obey a court order and failure to state a claim. Attempting to file an amended complaint at this juncture, in light of the failure to obey the Court's prior order, will not be permitted. Plaintiff must file a substantive response to this Order to Show Cause. Failure to comply with this Order will result in the Court dismissing this case.

IT IS SO ORDERED.

　　Dated:　**December 13, 2016**　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE