# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO LENA,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, *et. al*.,<br><br>Defendants. | Case No. 1:16-CV-01036-LJO-SKO<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE; RESETTING DEADLINE TO FILE FIRST AMENDED COMPLAINT<br><br>ECF Nos. 9, 10 |

On December 13, 2016, the Court issued an order to show cause ("OSC") to Plaintiff directing him to explain his failure to comply with the response deadline in the Court's October 25, 2016 screening order. ECF No. 9. Plaintiff filed his response on December 27, 2016, informing the Court that he never received the Court's October 25, 2016 screening order. ECF No. 10. A review of the Court's docket reveals no record that the screening order was served by mail on Plaintiff.

Accordingly, the OSC is DISCHARGED. The Clerk of Court is ordered to SERVE the Court's October 25, 2016 screening order (ECF No. 8) on Plaintiff. Plaintiff's response to the screening order is DUE on or before **March 3, 2017**.

IT IS SO ORDERED.

Dated: **January 3, 2017**          /s/ Lawrence J. O'Neill
                                                                UNITED STATES CHIEF DISTRICT JUDGE